FILED
CLERK, U.S. DISTRICT COURT

APR 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY ANDRE SHARP,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LT. C. HANSON, et al.,<br><br>　　　　Respondents. | No. CV 08-1185-CJC (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and the attached Report and Recommendation of the United States Magistrate Judge. The Court adopts the findings, conclusions, and recommendations of the Magistrate Judge after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that Judgment be entered dismissing the Petition without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 11, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE