FILED
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

**ANTHONY ANDRE SHARP,**

**Petitioner,**

**v.**

**LT. C. HANSON, et al.,**

**Respondents.**

**NO. CV 08-1185-CJC (RCF)**

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge.

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 11, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE